**WFG National-Default Services**

Requested and Prepared by:

When Recorded Mail To:
S.B.S. Trust Deed Network
31194 La Baya Drive, Suite 106
Westlake Village, California 91362
13-06522-DF

| COPY of Document Recorded |
| --- |
| at      Trinity      County Recorder |
| 201302378     06/20/2013 |
| has not been compared with original. Original will be returned when process has been completed. |
| Fee: 14.00    DTT: 0.00    Total    14.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No: 2013-1693
MIN No.:100312000004285061      MERS Phone No.: 888.679.6377

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

**FIRST BANK D/B/A FIRST BANK MORTGAGE**
    all beneficial interest under that certain Deed of Trust dated: 9/21/2006 executed by **NAOMI LEBUS, A SINGLE WOMAN**, as Trustor(s), to **FIRST LAND TRUSTEE CORPORATION**, as Trustee, and recorded as Instrument No. 200603952, on 9/29/2006, in Book **XX**, Page **XX** of Official Records, in the office of the County Recorder of **Trinity** County, **California** together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: June 12, 2013

"MERS" IS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MERS IS A SEPARATE CORPORATION THAT IS ACTING SOLELY AS A NOMINEE FOR LENDER AND LENDER'S SUCCESSORS AND ASSIGNS. MERS IS THE BENEFICIARY UNDER THIS SECURITY INSTRUMENT. LENDER IS FIRST BANK D/B/A FIRST BANK MORTGAGE

*/s/ Karen M. Hanewinkel/*
KAREN M. HANEWINKEL, ASST. VICE PRESIDENT

STATE OF MISSOURI
COUNTY OF ST. LOUIS
On June 12, 2013 before me, Patricia s. Treat, Notary Public
Personally appeared, Karen M. Hanewinkel who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

*/s/ Patricia S. Treat/*      (Seal)
Patricia S. Treat

PATRICIA S. TREAT
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Oct. 2, 2015
Commission # 11493427

E